IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Edward Taylor, | : | |
| --- | --- | --- |
| Plaintiff | : | Civil Action 2:08-cv-703 |
| v. | : | Judge Marbley |
| John Doe, CMC Chief Med. OFC., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# Order

Plaintiff Edward Taylor, an inmate at London Correctional Institution, brought this prisoner civil rights action under 42 U.S.C. §1983. This matter is before the Court on Magistrate Judge Mark R. Abel's March 2, 2010 Report and Recommendation (doc. 50) that the October 16, 2009 motion for summary judgment filed by defendants Deb Timmerman-Cooper, DeCarlo Blackwell, Curtis Wingard, Karen Smith, the Corrections Medical Center, and Jane and John Does'(doc. 39) be granted. No objections have been filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **GRANTS** defendant motion for summary judgment.

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendants. This action is hereby **DISMISSED.**

    s/Algenon L. Marbley  
Algenon L. Marbley, Judge  
United States District Court