# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Edward Taylor, | : | |
| Plaintiff | : | Civil Action 2:08-cv-703 |
| v. | : | Judge Marbley |
| John Doe, CMC Chief Med. OFC., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the April 19, 2010 Order, the Court ADOPTS the Report and Recommendation. Defendant's Motion for Summary Judgment is GRANTED. Judgment is entered for the Defendants. This action is DISMISSED.

Date: **April 19, 2010**     **James Bonini, Clerk**

s/Betty L. Clark
Betty L. Clark/Deputy Clerk